UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 03412
   ERIC CYRUS
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8913
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/27/07 and confirmed on 07/17/07.

2. The case was dismissed after confirmation, 10/05/2007.

3. The Debtor paid a total of $ 3100.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SOVEREIGN BANK | CURRENT MORTG | .00 | .00 | .00 |
| SOVEREIGN BANK | MORTGAGE ARRE | 9645.38 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 2300.00 | 15.06 | 350.64 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 2619.88 | 16.55 | 512.67 |
| INTERNAL REVENUE SERVICE | PRIORITY | 21223.02 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3588.85 | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 1248.87 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 1700.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1956.32 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1750.95 | .00 | .00 |
| OSI COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 1007.28 | .00 | .00 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | .83 | 24.56 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1457.11 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 29893.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3382.58 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2591.37 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | UNSECURED | 30.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15772.54 | 53707.39 | 15114.68 | .00 | 84594.61 |
| PRINCIPAL PAID | 887.87 | .00 | .00 | .00 | 887.87 |

```
INTEREST PAID              32.44          .00          .00          .00         32.44
TOTAL PAID                920.31          .00          .00          .00        920.31
```

The Debtor's attorney, KONSTATINE T SPARAGIS       , was allowed $   3000.00 and was paid $    500.00  direct and $   2099.10  through the plan.

The Trustee received $      80.59 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/14/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE